# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### SOUTHERN DIVISION

CHAMBERS OF 6500 CHERRYWOOD LANE
ALEXANDER WILLIAMS, JR. GREENBELT, MARYLAND 20770

UNITED STATES DISTRICT JUDGE 301/344-0637
 fax 301/344-0672

February 4, 2011

MEMO TO COUNSEL RE: NATIONAL CASUALTY COMPANY,
 v.
 LOCKHEED MARTIN CORPORATION
 (05-cv-01992-AW)

Dear Counsel:

For the reasons stated in open court, on the record, the following motions filed by National Casualty Company have been resolved and are no longer pending: (1) objections to Defendant's designations of deposition testimony for Ray Hose, Doc. No. 218, (2) objections to Defendant's designations of deposition testimony for Iain Wood, Doc. No. 219, (3) objections to Defendant's designations of deposition testimony for Heather Jordan, Doc. No. 226, (4) objections to Defendant's designations of deposition testimony for Susan McRoberts, Doc. No. 228, and (5) objections to Defendant's designations of deposition testimony for Susan Goheen, Doc. No. 229. The Clerk is directed to let the docket reflect that these motions are no longer pending.

 Sincerely,

 /s/
 Alexander Williams, Jr.
 United States District Judge